No. 677. MEYER ET AL. *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO. ET AL. Appeal from the Supreme Court of Missouri. *Per Curiam:* The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case. *Walter E. Meyer* and *Roberts P. Elam* for appellants. *John W. Murphy* and *Lackland H. Bloom* for the St. Louis Southwestern Railway Co.; and *Paul D. Miller* and *Clem F. Storckman* for the Southern Pacific Co. et al., appellees.

No. 742. COMBS ET AL. *v.* ILLINOIS STATE TOLL HIGHWAY COMMISSION ET AL. Appeal from the United States District Court for the Northern District of Illinois. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. The motion to limit the time for filing rehearing and to issue the mandate forthwith is granted. Petition for rehearing, if any, is to be filed prior to 11:00 a. m., Friday, June 3d. *John J. Yowell* for appellants. *Latham Castle,* Attorney General of Illinois, *John L. Davidson, Jr.,* First Assistant Attorney General, *George W. McGurn,* Assistant Attorney General, and *Werner W. Schroeder* and *Theodore W. Schroeder,* Special Assistant Attorneys General, for appellees.

No. 9, Original. TEXAS *v.* NEW MEXICO ET AL. This case is set for hearing on Monday, October 10th, next, on the exceptions to the report of the Special Master dated January 31, 1955.